[Cite as *Eye on Ohio v. Ohio Dept. of Health*, 2020-Ohio-5591.]

| | |
|---|---|
| EYE ON OHIO, OHIO CENTER FOR INVESTIGATIVE JOURNALISM<br><br>    Requester<br><br>    v.<br><br>OHIO DEPARTMENT OF HEALTH<br><br>    Respondent | Case No. 2020-00279PQ<br><br>Judge Patrick M. McGrath<br><br><u>JUDGMENT ENTRY</u> |

{¶1} On October 20, 2020, a special master issued a report and recommendation (R&R) in this public-records case. The special master recommends that the court (1) order respondent to provide requester with copies of the requested records, (2) order that requester is entitled to recover from respondent the amount of the filing fee of twenty-five dollars and any other costs associated with the action that it has incurred, and (3) assess costs to respondent.

{¶2} Neither party has filed timely written objections to the R&R. Pursuant to R.C. 2743.75(F)(2), if neither party timely objects to a special master's report and recommendation, this court is required to "promptly issue a final order adopting the report and recommendation, unless it determines that there is an error of law or other defect evident on the face of the report and recommendation."

{¶3} Upon review, the court determines that there is no error of law or other defect evident on the face of the R&R of October 20, 2020. The court therefore adopts the special master's R&R, including the special master's findings of fact, conclusions of law, and recommendations contained in the R&R. The court ORDERS respondent to forthwith permit requester to inspect or receive copies of the requested records. Judgment is rendered in favor of requester. Requester is entitled to recover from respondent the amount of the filing fee of twenty-five dollars and any other costs associated with the action that were incurred by requester, but requester is not entitled

to recover attorney fees.  Court costs are assessed against respondent. The clerk shall serve upon all parties notice of this judgment and its date of entry upon the journal.


PATRICK M MCGRATH
Judge

**Filed November 10, 2020**
**Sent to S.C. Reporter 12/8/20**